IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Welch, Caroll

Printed: 12/13/07

Case Number: 07 B 14722
Judge: Wedoff, Eugene R
Filed: 8/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,893.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 30,000.00 | 0.00 |
| 8. | Wilshire Credit Corp | Secured | 30,000.00 | 0.00 |
| 9. | Ocwen Federal Bank FSB | Secured | 15,533.37 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 12.69 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 139.78 | 0.00 |
| 12. | St Margaret Mercy Hospital | Unsecured | 180.08 | 0.00 |
| 13. | Wells Fargo Bank | Unsecured | 0.00 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 206.80 | 0.00 |
| 16. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 17. | RJM Acquisitions LLC | Unsecured | 8.74 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 50.45 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Dept Of Human Services | Unsecured |  | No Claim Filed |
| 23. | Chase | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | Carsons | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Welch, Caroll

Printed: 12/13/07

Case Number: 07 B 14722
Judge: Wedoff, Eugene R
Filed: 8/15/07

| | | | |
|---|---|---|---|
| 26. | Hsbc Nv | Unsecured | No Claim Filed |
| 27. | Illinois Dept Of Human Service | Unsecured | No Claim Filed |
| 28. | Nicor Gas | Unsecured | No Claim Filed |

$ 79,024.91        $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____